# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order*

## A13D0017. TAMEKA EVANS v. SHERIFF KEMUEL KIMBROUGH CLAYTON COUNTY, GEORGIA., et al .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2011CV02872



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, September 12, 2012.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                                                    , Clerk.